## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | |
|---|---|
| DEBORAH NELSON )<br>)<br>    PLAINTIFF, )<br>)<br>v. )<br>)<br>GORDON BIERSCH BREWERY )<br>RESTAURANT GROUP AND CRAFTWORKS )<br>RESTAURANT & BREWERIES GROUP, INC. )<br>)<br>    DEFENDANTS ) | Civil Action No. 3:16-CV-547-CRS<br><br>**NOTICE OF REMOVAL** |

### CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS
### GORDON BIERSCH BREWERY RESTAURANT GROUP AND CRAFTWORKS
### RESTAURANT & BREWERIES GROUP, INC

Defendants Gordon Biersch Brewery Restaurant Group Inc. ("Gordon Biersch") and Craftworks Restaurants & Breweries Groups, Inc. ("Craftworks"), by counsel, hereby submit this Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and state as follows:

1. Craftworks is the parent company of Gordon Biersch.

2. No publicly held corporation owns 10% or more of the stock of either Craftworks or Gordon Biersch.

DATED:  August 25, 2016

                                              Respectfully submitted,

                                              /s/ Douglas C. Ballantine
                                              Douglas C. Ballantine
                                              Kathryn S. Beck
                                              STOLL KEENON OGDEN PLLC
                                              2000 PNC Plaza
                                              500 West Jefferson Street
                                              Louisville, KY 40202

Tel: (502) 333-6000
Fax: (502) 333-6099
E-mail: douglas.ballantine@skofirm.com
E-mail: kathryn.beck@skofirm.com

*Counsel for Defendants Gordon Biersch Brewery Restaurant Group Inc. and Craftworks Restaurants & Breweries Groups, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served by the Clerk of the Court using the Court's Electronic Case Filing (ECF) system and U.S. Mail this 25th day of August, 2016, upon the following:

Kevin B. Sciantarelli, Esq.
SCIANTARELLI LAW FIRM
4350 Brownsboro Road, Suite 110
Louisville, Kentucky 40207
(502) 893-4558
*Counsel for Plaintiff*

/s/ Douglas C. Ballantine

*Counsel for Defendants Gordon Biersch Brewery Restaurant Group Inc. and Craftworks Restaurants & Breweries Groups, Inc.*